1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone:  (530) 895-3252
4  Facsimile:  (530) 894-8244

5  Attorneys for Plaintiff

6  ERICA L. ROSASCO, SBN 220836
   THE COSTA LAW FIRM
7  2489 Sunrise Boulevard, Suite A
   Gold River, CA 95670
8  Telephone: (916) 400-2734
   Facsimile: (916) 400-2744
9

10 Attorneys for Defendant
   MOUNTAIN COUNTIES SUPPLY
11 COMPANY, INC. dba CHEVRON

12

13                 UNITED STATES DISTRICT COURT

14                EASTERN DISTRICT OF CALIFORNIA

15

16 LARY FEEZOR,                      Case No. 2:09-cv-03319-LKK-CMK

17        Plaintiff,

18                                   JOINT STIPULATION FOR DISMISSAL
   v.                                and ORDER THEREON

19
   MOUNTAIN COUNTIES SUPPLY
20 COMPANY, INC. dba CHEVRON,

21        Defendant.
                                          /
22

23

24

25

26

27

28

TO THE COURT AND TO ALL PARTIES:

Plaintiff, LARY FEEZOR, and defendant, MOUNTAIN COUNTIES SUPPLY COMPANY, INC. dba CHEVRON, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: September 7, 2010                    DISABLED ADVOCACY GROUP, APLC


                                             /s/  Lynn Hubbard III
                                            LYNN HUBBARD III
                                            Attorney for Plaintiff LARY FEEZOR

Dated: September 8, 2010                    THE COSTA LAW FIRM


                                             /s/  Erica L. Rosasco
                                            ERICA L. ROSASCO
                                            Attorney for Defendant MOUNTAIN
                                            COUNTIES SUPPLY COMPANY, INC. dba
                                            CHEVRON


## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:09-cv-03319-LKK-CMK, is hereby dismissed with prejudice.

Dated: October 12, 2010.


                                            LAWRENCE K. KARLTON
                                            SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT